JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SANDRA B. ARANA, and RAUL ARANA

PLAINTIFF

v.

FORD MOTOR COMPANY

DEFENDANT

CASE NUMBER:

2:21-cv-08325-MEMF-JDEx

**JUDGMENT [48]**

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on  August 4, 2023 as docket number 37_____ (the "Offer of Judgment"), judgment is hereby entered for

PLAINTIFFS SANDRA B. ARANA and RAUL ARANA
_____

and against

DEFENDANT FORD MOTOR COMPANY
_____

according to the terms set forth in the Offer of Judgment.

Date:   September 8, 2023
_____

By: _____
United States District Judge